■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALBERT SCERBO, Respondent. (Appeal No. 2.) [872 NYS2d 345]— Appeal from an order of the Onondaga County Court (William D. Walsh, J.), entered November 27, 2007. The order, insofar as appealed from, denied the motion of the People to reopen the CPL 330.40 hearing and granted the motion of defendant to set aside the verdict and for a new trial.

It is hereby ordered that the order so appealed from is unanimously affirmed.

Same memorandum as in People v Scerbo (59 AD3d — [2009]). Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.